THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONSOLIDATED WATER COMPANY OF UTICA, N. Y., Relator, v. MILO R. MALTBIE and Others, as Commissioners, and Constituting the Public Service Commission of the State of New York, Respondents.— Motion for stay of decision, and of order of Public Service Commission made June 28, 1933, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JULIUS STEINBERG, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of FRANCIS J. NEDDO and Others, Petitioners, for a Certiorari Order against Mayor HENRY SCHRADE, JR., and Others, Constituting the City Council of the City of Saratoga Springs, Respondents, and MUSA Q. JACKSON, Intervenor.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of LEONARD L. NERLING, Appellant, against THOMAS W. WALSH, as Sheriff of the County of Schenectady, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of WALTER B. FOWLER, Appellant, for an Order of Mandamus against THOMAS W. WALSH, as Sheriff of the County of Schenectady, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of EARL C. FULLER, Appellant, for a Mandamus Order against THOMAS W. WALSH, as Sheriff of the County of Schenectady, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

DONALD G. RICHARDS, Respondent, v. THE TEXAS COMPANY, Appellant, and EDWIN C. MAGGS, Respondent. CLEON B. RICHARDS, Respondent, v. THE TEXAS COMPANY, Appellant, and EDWIN C. MAGGS, Respondent.— Motion to amend decision to provide that the defendant, respondent, Maggs, may tax bill of costs on this appeal in one action, granted. [See ante, p. 797.] Present — Hill, P. J. Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of GUISEPPE PALERMO, Petitioner, for a Peremptory Mandamus Order against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of AMY E. SCHEIDECKER, Petitioner, for a Certiorari Order against THE DEPARTMENT OF STATE OF THE STATE OF NEW YORK, and EDWARD J. FLYNN, as Secretary of State of the State of New York, Respondents. McATEER REALTY Co., INC., and Others, Intervenors.— In pursuance of the stipulation executed and filed by the attorneys for the respective parties in the above proceeding, the show cause order granted herein on or about the 20th day of December, 1934, is vacated and the proceeding discontinued, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.